PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, Respondent, v ALEXANDER N. MUSHEYEV, Appellant. [888 NYS2d 911]

The Supreme Court properly granted the plaintiff's motion for summary judgment on the complaint. The plaintiff established its prima facie entitlement to judgment as a matter of law by submitting proof of the existence of the promissory note executed by the defendant and the defendant's default in making payments pursuant to that note (*see Verela v Citrus Lake Dev., Inc.,* 53 AD3d 574, 575 [2008]; *Levien v Allen,* 52 AD3d 578 [2008]; *Anand v Wilson,* 32 AD3d 808 [2006]). In opposition, the defendant failed to raise a triable issue of fact with respect to a bona fide defense (*see Quest Commercial, LLC v Rovner,* 35 AD3d 576 [2006]; *Famolaro v Crest Offset, Inc.,* 24 AD3d 604 [2005]; *Bank of N.Y. v Vega Tech. USA, LLC,* 18 AD3d 678 [2005]). Contrary to the defendant's contention, his claim

that the 2005 agreement resolving then-ongoing litigation amended the terms of the promissory note is not supported by the evidence (*see Raico v Concorde Funding Group,* 60 AD3d 834, 836 [2009]).

The defendant's remaining contention is without merit. Mastro, J.P., Belen, Hall and Austin, JJ., concur.